No. 411. LOVVORN *v.* DAVIDSON, JUDGE. November 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.

*James A. Lovvorn, pro se.* No appearance for respondent.